

Peter T. Dalleo
CLERK OF THE CLERK
J. Caleb Boggs
848 N. King St.
Wilmington, DE 19801

RE: United States v. Christopher Clemons, a/k/a
Clinton French - Cr. A. No. 99-82 - Civ. A. No.
03-319 KAJ

Dear Clerk of the Court:

This letter is in reference to the above Crim/Civ case which is pending before the Honorable Kent A. Jordan.
The above petitioner is no longer confined at F.C.I Allenwood, P.O. Box 2000, Whitedeer, PA 17887; thus any future correspondence should now be forwarded to U.S.P. CANAAN, P.O. Box 300, Waymart, PA 18472; also if necessary you may contact the governing officials at (570) 488-8000.
I am enclosing a self addressed stamped envelope with the request that the Clerk's office return with it a copy of the above letter and its official stamp; in order to confirm that this letter was received and the change of address has been registered.
I thank you in advance for your cooperation concerning this matter.

Sincerely,
C. Clemons
Christopher Clemons
USP CANAAN
P.O. Box 300