IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DOE BOY, a/k/a CLINTON FRENCH )
a/k/a CHRISTOPHER WILLIAMS )
CLEMONS, a/k/a CHRIS CLEMONS, )
a/k/a CHRIS COLLINS, )
                                         )
         Petitioner, )
                                         )
v.                                      )    Civ. A. No. 03-319-KAJ
                                         )    Cr. A. No. 99-82-KAJ
                                         )
UNITED STATES OF AMERICA, )
                                         )
         Respondent. )

### ORDER

For the reasons set forth in the Memorandum Opinion issued in this action today,

IT IS HEREBY ORDERED that:

1.    Petitioner Christopher Clemon's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is DISMISSED, and the relief requested therein is DENIED. (D.I. 55; D.I. 61; D.I. 65.)

2.    Clemons's motion for reconsideration is DENIED. (D.I. 75.)

3.    Clemons's motion for bond is DENIED. (D.I. 79.)

4.    A certificate of appealability will not issue for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

                                                              /s/ Kent A. Jordan
                                                     UNITED STATES DISTRICT JUDGE

March 28, 2006
Wilmington, Delaware