## AFFIDAVIT OF PREJUDICE IN SUPPORT
## OF MOTION TO DISQUALIFY JUDGE



I, **CHRISTOPHER CLEMONS** a/k/a Clinton French, being duly sworn, depose and says that:

1. I am the movant in the above entitled action.

2. Movant asserts that this affidavit has been prepared with the utmost care and certainty as to the facts, and filed with the utmost deliberation consistent with the undelayed dispatch of the business of the court.

3. The affidavit has been made upon information and belief, stating facts and basis for belief that Judge Kent A. Jordan has a personal basis or prejudice towards movant or a favoritism toward the adverse party, which is the United States Government.

4. The statements set forth as a basis of movant's belief are as follows:

    (a) Judge Kent A. Jordan has a personal bias or prejudice towards movant or favoritism towards the government due to his duties in his former capacity as an Assistant United States Attorney, in which he worked hand-in-hand in criminal investigations/prosecutions with AUSA Robert J. Prettyman in the 1980's and 90's.

    (b) Judge Kent A. Jordan has a personal prejudice against movant because of his professional respect for and friendship with John S. Malik, Esq., with whom he worked with during _his_ tenure in private practice with Morris, James, Hitchens, and Williams.

    (c) Judge Kent A. Jordan has shown favoritism towards the government by denying movant the opportunity to rebut the government's amended brief, which was submitted and granted only because of their failure to respond properly in the initial brief.

    (d) Judge Kent A. Jordan has shown a personal bias towards movant by his failure to promptly, efficiently, and fairly rule upon the habeas corpus § 2255 motion which was filed on March 10, 2003, and has now been pending for over three years; which in return has created a "stall tactic" for the government.

5. These statements are made in truth, and the factual allegations are not vague or conclusory, nor do they lack essential facts as to times, places, and circumstances,

as is required by the statute (**§ 144**).

6. Movant does not believe that Judge Kent A. Jordan could remain neutral or be absolutely impartial after years of service representing the United States Government, and will likely side with the government despite clear and irrefutable evidence that movant's constitutional rights were violated.

7. The claims give fair support to the charge of "bent of mind," which may prevent or impede impartiality of judgment.

WHEREFORE, I move that the Honorable Kent A. Jordan declare himself disqualified to rule upon movant's § 2255 habeas corpus motion, and transfer jurisdiction to the Chief Judge of the district..

CHRISTOPHER CLEMONS
a/k/a Clinton French

Sworn and subscribed

before me this 20

of March, 2006.

Notary

NOTARIAL SEAL
Margaret M. Trently, Notary Public
City of Honesdale, Wayne County
My commission expires July 22, 2009

## CERTIFICATE OF GOOD FAITH IN
## SUPPORT OF MOTION TO DISQUALIFY

I, CHRISTOPHER CLEMONS a/k/a Clinton French, being duly sworn, depose and say that I am the movant in the above entitled case.

1. Movant asserts that the present motion to disqualify has been made in good faith. Upon careful consideration and deliberation, movant has filed the present motion seeking disqualification due to a personal bias or prejudice either against him or in favor of the adverse (government) party.

2. The motion to disqualify has not been made based on conclusions devoid of specific factual allegations, not is it rumors, innuendo, or speculation, but definite facts which give support to the charge of "bent of mind" that may prevent or impede impartiality of judgment.

WHEREFORE, I move this Court to accept movant's Certificate of Good Faith, and that the Honorable Kent A. Jordan declare himself disqualified from ruling upon movant's § 2255 habeas corpus motion; and relinquish jurisdiction to the Chief Judge of the district.

CHRISTOPHER CLEMONS
a/k/a Clinton French

Sworn and subscribed

before me this 20

of March, 2006.

Margaret M. Trently
Notary

NOTARIAL SEAL
Margaret M. Trently, Notary Public
City of Honesdale, Wayne County
My commission expires July 22, 2009