# EXHIBIT 1



# Federal Bureau of Investigation

# Freedom of Information / Privacy Acts

# Release

# Subject: CHRISTOPHER WILLIAMS CLEMONS

(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                          Date: 09/08/1998

To: Baltimore                    Attn: SSA [redacted]

From: Baltimore
      Sq17/ Wilmington RA
      Contact: [redacted]

Approved By: [redacted]

                                                              b7C

Drafted By: [redacted]

Case ID #: 166E-BA-93962-48

Title: DAMON SMITH aka
       Clinton Fletcher;
       [redacted]

       NEW YORK BOYS, - et al;
       ITAR/VIOLENT CRIMES - STREET GANGS

Synopsis: SAC authority to place a beeper tracking device on a vehicle driven by Clinton Fletcher.

Details: Captioned subjects are an organized gang known as the New York Boys. This group uses violence to control a criminal enterprise selling crack cocaine and guns in the Market Street area of Wilmington, DE.

[redacted] a CW [redacted]
b7C    regarding the activities of this organization [redacted]
b7D    [redacted] CW's controlled purchase of [redacted]
       crack cocaine [redacted] In recorded conversations with the
       CW, [redacted] crack cocaine for
       this organization. [redacted]
       [redacted] a significant crack sales operation [redacted]

EXHBIT 1
PAGE 1

To: Baltimore    From: Baltimore
Re. 166E-BA-93962    Date 9/8/1998

The investigation has revealed that Fletcher has a stash house in the Market Street area and another residence in the Bear area of New Castle County. Fletcher is very surveillance conscious and normal surveillance, as well as early morning checks of areas where Fletcher is believed to reside, have met with negative results.

On 9/13/98, the Baltimore SOG will be in Wilmington to assist on 245I-BA-82295 and have agreed to provide any necessary assistance in the installation of the beeper

As such, SAC authority is requested to place a beeper tracking device on a the vehicle driven by Fletcher and in which he sold 5 ounces of CW crack cocaine to the CW on 9/4/98. The vehicle is a 1993 Chevrolet Lumina registered in the name of

b7C

Delaware Plate number

EXHBIT 1
PAGE 2

2 - 166E-BA-92202

To:  Baltimore   From:  Baltimore
Re:  166E-BA-93962

_____          _____
ASAC APPROVAL                             DATE


_____          _____
SQUAD 17 SUPERVISOR                       DATE


_____          _____
Division Drug Coordinator                 Date


♦♦

EXHBIT 1
PAGE 3