# EXHIBIT 2

(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                               **Date:** 10/05/1998

**To:** Baltimore

**From:** Baltimore
      SQ17

**Approved By:** [redacted]                                           b7C

**Drafted By:** [redacted]

**Case ID #:** 166E-BA-93962- (Pending)

**Title:** CHANGED
      CLINTON D. FRENCH, aka
      Dough Boy,
      [redacted]
      NEW YORK BOYS,
      ET AL,
      ITAR-VIOLENT CRIMES/STREET GANGS
      OO:BA

### ARMED AND DANGEROUS

**Synopsis:** Change of title.

**Previous Title:** Title marked "Changed" to reflect actual name being used by main target. Changed from Clinton Fletcher Title previously carried as "CLINTON FLETCHER, aka DOUGH BOY, N Y B.;ITAR-violent crime/street gangs."

**Details:** During the course of investigation it was determined that the main target is using the name CLINTON FRENCH at the apartment complex he is residing at.

### ARMED AND DANGEROUS

♦♦

EXHIBIT 2 PAGE 4