# EXHIBIT 4

(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                           Date: 10/19/1998

To:   Baltimore                Attn: [redacted]  CART Unit

From: Baltimore
      SQ17/ DJVCFTF
      Contact: SA [redacted]

Approved By: [redacted]

Drafted By:  [redacted]                                b7C

Case ID #:  166E-BA-93962-105 (Pending)

Title:  CLINTON FRENCH, aka
        Dough Boy,
        NEW YORK BOYS
        ET AL;
        ITAR-Violent Crime/Street Gangs
        OO:BA

Synopsis: Request for CART unit to examine Laptop and Desk Top Computer in this case.

Details: It is requested that the CART unit take custody of the following two computers so that the data stored on the hard drives may be analyzed pursuant to a search warrant obtained on 10-16-98 in the District of Delaware.

- Compaq Contura Aero 4/33C, S/N#7440HJF52960

- Hewlett Packard Pavilion 7410P, S/N#US72958730

♦♦

EXHIBIT 4 PAGE 8

To: Criminal Investigative    From: Baltimore
Re: 166E-BA-NEW, 03/16/1998

      (3) Liaison, and coordinate intelligence with, and assist the Wilmington Police Detectives regarding shootings and other assaults in the Lamotte- Market St. area. This will insure that the proper intelligence is disseminated both to the FBI and WPD regarding the "New York Boys" and their illegal activities.

      (4) Develop intelligence information and evidence to lead to the successful prosecution of this violent criminal gang and to utilize forfeiture laws to the fullest extent to dismantle the enterprise.

Descriptive Data:

    Main Subject
    Name -
      Last:                SMITH
      First:              Damon
      Middle:
      DDN:
    Race:                  B
    Sex:                   M

    Alias (es):
      Last:                Fletcher
      First:              Clinton
      Middle:

    Alias
      Last:                Doe Boy

**ARMED AND DANGEROUS**