# EXHIBIT 5




Your affiants know from reviewing State of Delaware Division of Motor Vehicle files that Delaware license plate 938504 is displayed on a 1993 Chevrolet Lumina b7C Your affiants have personally observed from Spring, 1998 to early September, 1998, "Doe Boy" regularly operating that 1993 Black with a red pin stripe Chevrolet Lumina, bearing Delaware license plate 938504, and operate that bright red 1992 Chevrolet Lumina, bearing South Carolina license plate 601BHG in late September and early October, 1998.

Your affiants know from personal observation that "Doe Boy" b7C has frequented from Spring, 1998 throughout the summer, 1998 and, during that time

period, your affiants have regularly seen that 1993 Black with a red pin stripe Chevrolet Lumina, bearing Delaware license plate b7C 938504, parked in the vicinity of [redacted]

b7D
b2