IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　PLAINTIFF;<br><br>V.<br><br>CHRISTOPHER CLEMONS, AKA<br>CLINTON FRENCH,<br>　　　　DEFENDANT. | Crim.No. 99-82-SKA~~USDistrict Judge~~<br>Civil No. 03-319-KAJ  BD scanned<br>CR 99-82<br>JUDGE KENT A. JORDAN |

### SUPPLEMENTAL ATTACHMENT IN SUPPORT OF PETITIONERS MOTION TO DISQUALIFY DUE TO POSSIBLE BIAS AND PREJUDICE

　　NOW COMES, CHRISTOPHER CLEMONS, A/K/A Clinton French, by and in Pro-se, hereby respectfully submits this supplemental attachment in support of his motion to disqualify due to possible bias and prejudice.

　　This supplemental attachment is based on and in support of the original motion filed on March 31, 2006.

　　Petitioner desires to present to the court a copy of a " Motion For Enlargement of Time Nunc Pro Tunic" which was filed to the Third Circuit Appellate Court by Counsel John S. Malik while representing the petitioner on direct appeal.

　　This document clarifies the legal and factual basis for the claims already pleaded and set forth in the original motion to disqualify Judge Kent A. Jordan from proceeding any further in petitioner's case.

　　Moreover, it verifies petitioners assertion that John S. Malik (counsel for petitioner at the time) and Judge Kent A. Jordan had a working relationship with one another, at which time they were both working together on Adullah T. Hameens' death penalty case which in turn forced Malik to postpone the preparation and filing of petitioner's appeal.

1

In sum, this supplemental attachment has been prepared with the utmost care and certainty as to the facts and filed with the utmost deliberation consistent with the undelayed dispatch of the business of the court; stating the facts and basis for the disqualification or voluntary recusal of judge Kent A. Jordan.

Dated November 7 2006

*Christopher Clemons*

Christopher Clemons, a/k/a
Clinton French
Reg. No. 04164-015
USP Canaan
PO BOX 300
WAYMART, PA. 18472

cc: Chief Judge Sue L. Robinson

2

## PROOF OF SERVICE

I certify that on  Nov. 7, 2006  (Date) I mailed a copy of this motion and attachments via first class mail to the following parties at the addresses listed below:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Judge Kent A. Jordan
J. Calleb Boggs Building
848 N. King Street
Wilmington, DE 19801

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Chief Judge Sue L. Robinson
J. Calleb Boggs Building
848 N. King Street
Wilmington, DE 19801

## PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should indicate the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on  Nov. 7, 2006  (date) for forwarding to the Court . . . I certify under the penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_Christopher Clem_
Signature

