OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE  19801-3570



BD scanned

FEBRUARY 9, 2007

IN RE: U.S. V. CHRISTOPHER CLEMONS
CRIM.NO.98-82/CIV.NO.03-319

Dear Clerk of the Court:

This letter is in reference to the above case number and concerns a motion that was left unanswered by the honrorable Kent A. Jordan due to his recent appointment to the Third Circuit Court of Appeals. As of the present date, there has been no information forwarded as to whether this motion has been assigned to another District Judge or has been placed in abeyance until another judge is appointed to hear the matter.

The status and disposition of the motion is very significant to the petitioner because he is operating in the capacity of pro se, thus, knowing each stage of the motion is imperative; so as to continue the equitable progression of the cause through the judicial process.

I thank you in advance for any information in which you may assist me with concerning this matter.

Sincerely,

*Christopher Clemons*

CHRISTOPHER CLEMONS, A/K/A
CLINTON FRENCH
REG.NO.04164-015
USP CANAAN, PO BOX 300
WAYMART, PA. 18472



SCRANTON PA 185

13 FEB 2007 PM 1 T

CLINTON FRENCH a/k/a
CHRISTOPHER CLEMONS
USP CANAAN  04164-015
P.O. BOX 300
Waymart, PA 18472

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801-3570

LEGAL MAIL