CHIEF JUDGE:HONORABLE SUE L. ROBINSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
J. CALLEB BOGGS BUILDING
848 N. KING STREET
WILMINGTON, DE 19801

FEBRUARY 9, 2007

IN RE:U.S. V. CHRISTOPHER CLEMONS
CRIM.NO.99-82/CIV.NO.03-319

Dear Judge Robinson:

    This letter is in reference to the above case number, and concerns a motion to disqualify judge Kent A. Jordan from proceeding further in the case due to possible bias and prejudice.

    The original motion to disqualify along with an affidavit of prejudice and a certifiacte of good faith in support of the motion to disqualify was filed in the courtroom of Judge Jordan and copies of the same was filed in your Honor's courtroom on March 3, 2006. In addition a supplemental attachment in support of the motion to disqualify was filed both with an exhibit on November 7, 2006.

    Based upon Judge Jordan's recent appointment to the Third Circuit Court of Appeals, I would presume that the"Motion to Disqualify" which was left unanswered by Judge Jordan is now moot.

    If this is the case I thank you for entertaining the filing of the motion and am appreciative of any exhausitive energies you may have exerted in perusing the motion for it's merits.

    Also, since judge Jordan is no longer a presiding District Court judge; does this mean that the Clerk's Office will be appointing another District Judge to entertain the"Motion To Alter or Amend Judgement Pursuant to Rule 59(e)" which was left unanswered by Judge Jordan?

    I thank you kindly.

Sincerely,

*Christopher Clemons*

CHRISTOPHER CLEMENS
A/K/A CLINTON FRENCH
#04164-015
USP CANAAN
PO BOX 300
WAYMART, PA. 18472

CHRISTOPHER CLEMONS a/k/a
CLINTON FRENCH
REG #04164-015
USP CANAAN
P.O. BOX 300
Waymart, PA 18472

SCRANTON PA 185

13 FEB 2007 PM 1 T

CHIEF JUDGE SUE L. ROBINSON
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
J. CALEB BOGGS BUILDING
848 N. KING STREET
WILMINGTON, DELAWARE 19801

LEGAL MAIL