Honorable Mary Pat Thynge
United States District Court
For the District of Delaware
J.Calleb Boggs Building
848 N.King Street
Wilmington, DE  19801

July 2, 2007

In Re: <u>United States v. Christopher Clemons</u>
Crim.No.98-82/Civ.No.03-319

Dear Honorable Mary Pat Thynge:

This letter is in reference to the above case number which is presently pending in the United States District Court for the District of Delaware and has been referred to you by the clerk's office do to the vacancy of Kent A. Jordans' judgeship in the District of Delaware.

The purpose of this letter is to inquire as to whether the above mentioned case has been assinged to another district judge and if it has not, establish when such action may take place. Judge Jordan's judgeship has presently been vacant for more than six months and the instant litigation has been pending for practically four and half years, by way of §2255 habeas corpus and Rule 59(e) of the Federal Rules of Criminal Procedure.

As of the fowarding of the instant letter, to my knowledge there has been no nomination as to who will be the next recipient of the vacant judgeship; thus if you honor is awaiting for such a confirmation to transpire in order to assign the case; it places an extreme hardship on the petitioner who has been incarcerated for nine years at the present moment.

Do to the present circumstances I am in no position to demand anything; therefore I modestly and sincerely request that the case be assigned to an available district judge, so that the disposition

-1-

of the matter may be handled in an expeditious fashion; due to the extended time which has presently elapsed. Or in the alternative Order any additional pleading and/or court proceedings concomitant with the reaching of the merits of petitioner's claim, so as to continue the equitable progression of petitioner's cause through the judicial process.

                                      Sincerely,

                                      CHRISTOPHER CLEMONS
                                      REG.NO.04164-015
                                      USP CANAAN
                                      PO BOX 300
                                      WAYMART, PA. 18472

CLINTON FRENCH a/k/a
CHRISTOPHER CLEMONS
REG. No. 04164-015
USP CANAAN
P.O. BOX 300
Waymart, PA 18472

(legal mail)

Honorable Mary Pat Thynge
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
J. CALEB BOGGS BUILDING
848 N. KING STREET
WILMINGTON, DE 19801