DLD-120                                                                  January 30, 2008
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **07-3685**

UNITED STATES OF AMERICA

      VS.

DOE BOY a/k/a CLINTON FRENCH a/k/a CHRISTOPHER
WILLIAMS CLEMONS a/k/a CHRIS CLEMONS
a/k/a CHRIS COLLINS

    (D. DEL. CRIM. NO. 99-CR-00082)
    CRIMINAL TREATED AS CIVIL

Present:    BARRY, CHAGARES and COWEN, <u>Circuit Judges</u>

    Submitted are:

    (1)    Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1);

    (2)    Appellant's response; and

    (3)    Appellee's response with appendix

    in the above-captioned case.

                            Respectfully,

                            Clerk

MMW/DNH/zm/pdb

DLD-120                                                                 January 30, 2008

UNITED STATES OF AMERICA

    VS.

DOE BOY a/k/a CLINTON FRENCH a/k/a CHRISTOPHER WILLIAMS CLEMONS a/k/a CHRIS CLEMONS a/k/a CHRIS COLLINS

_____

_____ORDER_____

**The foregoing request for a certificate of appealability is denied, as jurists of reason could not debate that the District Court properly denied appellant's 28 U.S.C. § 2253 motion for substantially the reasons set forth in its opinion.  See Slack v. McDaniel, 529 U.S. 473, 483-84 (2000); 28 U.S.C. § 2253(c)(2).**

        By the Court,

        **/s/ Maryanne Trump Barry**

        Circuit Judge

Dated: February 25, 2008

PDB/cc: Mr. Christopher Williams Clemons

      Robert J. Prettyman, Esq.

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk