CLERK OF THE COURT
United States District Court
For The District Of Delaware
J. Calleb Boggs Building
848 N. King Street
Wilmington, DE 19801

JUNE 16 , 2008

In Re: United States v. Doeboy, a/k/a Clinton French, a/k/a Christopher Clemons, a/k/a Chris Collins.
Crim. No. 99-82. (GMS)

Dear Clerk of Court:

　　This letter is in reference to the above mentioned names (most which consist of aliases) and criminal case number.

　　The purpose of this letter is to inquire as to the procedure if there is presently one in place to correct a judgement and commitment that listed the alias Clinton French oppose to the accurate name of the defendant Christopher Clemons in its committal Order.

　　If there is a formal application or motion that must be filed in order to rectify or amend this situation; I sincerely request that it be forwarded to the below listed name and address.

　　I thank you in advance for your assistance in this matter and patiently await your response.

FILED
JUN 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely,

*Clinton French*
Clinton French 04164-015
FCI McKean
P.O. Box 8000
Bradford, PA 16701

1 Inquiry April 28, 2008
2nd Inquiry.

Federal Correctional Institution McKean
Name: **CLINTON FRENCH**
Reg.#: **04164-015**
P.O. Box 8000
Bradford, PA 16701

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
J. Calleb Boggs Building
848 N. King Street
Wilmington, Delaware 19801