CLERK OF THE COURT
United States District Court
For The District of Delaware
J. Calleb Boggs Building
848 N. King Street
Wilmington, DE 19801



June 20, 2008

In Re: United States v. Doeboy, a/k/a
Clinton French, a/k/a Christopher
Clemons, a/k/a Chris Collins
Crim. No. 99-82

Dear Clerk of the Court:

    This letter is a follow up letter to the most recent letter forwarded to your office on June 16, 2008 inquiring about the procedure to correct a alias which I am listed as in the judgement and commitment order. After forwarding the letter to your office I inquired about the same procedure to correct such a matter at the institutions record department here at FCI McKean. The record office informed me that I would need a Order from the court reflecting my true name which is Christopher Williams Clemons and the Court's authorization to make such a change.

    Presently I have had the alias Clinton French for the past ten (10) years of incarceration and I feel as though its imperative that this be corrected due to new identification procedures and security measures which are taking place in America.

    If I need to make a formal motion requesting such, please inform me to do so in order to rectify this matter.

    I thank you in advance for your assistance and cooperation in this matter and hope to hear from your office at your earliest convenience.

Sincerely,

Clinton French
Reg No. 04164-015
FCI McKean
P.O. Box 8000
Bradford, PA 16701

Federal Correctional Institution McKean
Name: **CLINTON FRENCH**
Reg.#: **04154-015**
P.O. Box 8000
Bradford, PA 16701

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
J. Calleb Boggs Building
848 N. King Street
Wilmington, Delaware 19801

ERIE PA 165

25 JUN 2008 PM 2 T

