OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 2, 2008

TO:   Christopher Williams Clemons
      Reg.No. 04164-015
      USP Canaan
      P.O. Box 300
      Waymart, PA 18472

**RE:   LEGAL ADVICE**, **C.R. No. 99-82(GMS)**

Dear Mr. Clemons:

    This is in response to your letter received on 6/25/08 requesting assistance regarding correcting the alias listed in the judgment and commitment order.

    Please be advised that the Clerk's Office is unable to render legal advice and, therefore, cannot assist you.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc:   The Honorable Gregory M. Sleet