

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RECEIVED

JUL 30 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CR-99-82-

UNABLE TO FORWARD

RETURN TO SENDER

Christopher Williams Clemons
Reg.No. 04164-015

**Return to Sender**
___ No longer at the Federal Correctional
___ Institution McKean (gone more than 30 days)
___ Cannot identify (name & number)
___ No Individual with Name or Title here
___ Unauthorized item returned.
___ No authorization on file to correspond/Legal only

WILMINGTON DE

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 2, 2008

TO:   Christopher Williams Clemons
      Reg.No. 04164-015
      USP Canaan
      P.O. Box 300
      Waymart, PA 18472

**RE:   LEGAL ADVICE, C.R. No. 99-82(GMS)**

Dear Mr. Clemons:

      This is in response to your letter received on 6/25/08
requesting assistance regarding correcting the alias listed in the
judgment and commitment order.

      Please be advised that the Clerk's Office is unable to render
legal advice and, therefore, cannot assist you.

                              Sincerely,

/ead                          PETER T. DALLEO
                              CLERK

cc:   The Honorable Gregory M. Sleet