UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
AUG - 1 2008

CHRISTOPHER W. CLEMONS, a/k/a )
CLINTON FRENCH, a/k/a DOEBOY, )
a/k/a CHRIS CLEMONS, a/k/a )
CHRIS COLLINS, )
          Defendant. ) C.R. No. 99-82 (GMS)
)
)
)
)
)
)
)

## MOTION TO CORRECT NAME LISTED IN JUDGMENT AND COMMITMENT

**NOW COMES,** petitioner Christopher Williams Clemons (hereinafter)petitioner respectfully petitioning this Honorable Court to correct petitioner's name as listed in the committal Order of the Court (Judgment and Commitment).

Petitioner asserts that when he was arrested for the instant offense, in his possession was the identification of a Clinton French, which was an alias used by petitioner. During the arrest and booking procedure petitioner was asked his full name and he complied by informing the authorities that his full name was Christopher Williams Clemons. Through out the entire court proceedings petitioner was addressed as Christopher Clemons. However, when petitioner arrived at the designated institution within the Bureau of Prisons his Judgment and Commitment listed him as

Clinton French.

For the past ten years petitioner has been listed as Clinton French but has recieved mail as Christopher Clemons at numerous times, which have caused serious delays in the service of legal mail as well as its return to sender.

Moreover, it has hindered petitioner's effort in participating in college courses and other academically rehabilitative programs which are available to him. Prior to incarceration petitioner attended the University of William Patterson where he acquired credits which can be used toward further education, However, those credits are under his real name Christopher Clemons and not Clinton French.

Petitioner has consistently been involved since his incarceration with rehebilitative programs within the institutions in which he has been incarcerated and have received numerous certificates for such, but have been unable to go beyond this point due to the alias name of Clinton French.

Petitioner has sought out all forms of rehabilitative programs and has attempted to make the most of this lengthy sentence in which he has received (25 years). He has not had a disciplinary sanction since August 1999 and has been a model inmate, which has contributed immensely toward petitioner's active involvement in participating and teaching Adult Continuing Education Classes (ACE Courses).

In addition to that, petitioner is an active member of the Christian Community; presently involved in preparing men for

-2-

ministry, which consist of the teaching, preaching, and mentoring of men who desire to surrender their lives to Christ Jesus and begin living according to the moral values established through applying biblical principles to everyday life. For the past six years petitioner has effectively taught and touched the lives of many through the saving power of Christ Jesus; putting his pastbehind and constantly pressing on toward that future for which Christ Jesus has prepared for those who have surrendered their lives unto Him. The only remaining attachment to that former way of life is the sentence petitioner is serving and the name[s] attached to that sentence.

    The United States Attorney's Office for the District of Delaware has confirmed petitioner as being Christopher W. Clemons, by way of finger prints, photo identification, and NCIC. Thus, petitioner now appeals to this Honorable Court to correct the name of petitioner by way of **ORDER** replacing the name of Clinton French with that of Christopher William Clemons; as instructed by the Records Department here at FCI McKean.

cc.
Filed: July 28, 2008

Respectfully Submitted,

*Christopher Clemons* (signature)

CHRISTOPHER W. CLEMONS
Reg. No. 04164-015
F.C.I. McKean
Post Office Box 800
Bradford, Pennsylvania 16701

-3-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER W. CLEMONS,<br>CLINTON FRENCH, a/k/a DOEBOY,<br>a/k/a CHRIS CLEMONS, a/k/a<br>CHRIS COLLINS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Cr. A. No. 99-82(6MS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the motion by Christopher William CLemons, a/k/a Clinton French, a/k/a Doeboy, a/k/a Chris Clemons, a/k/a Chris Collins; the Court directs that the record in Cr.A. No. 99-82 reflects Chistopher Williams Clemons as the true name of the defendant and not that of the alias Clinton French; in addition, the institutional indentification of the defendant should be changed to reflect the same.

                                                          _____
                                                          Honorable Gregory M. Sleet
                                                          United States District Judge
                                                          District of Delaware

Dated:_____

## PROOF OF SERVICE

I certify that on  JULY 28, 2008   (Date) I mailed a copy of this motion and attachments via first class mail to the following parties at the addresses listed below:

HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
844 N. King Street
Wilmington, Delaware 19801

ROBERT J. PRETTYMAN, AUSA
UNITED STATES ATTORNEY
DISTRICT OF DELAWARE
1007 Orange Street, Suite 700
P.O. BOX 2046
Wilmington, Delaware 19899-2046

## PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should indicate the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on  JULY 28, 2008   (date) for forwarding to the Court . . . I certify under the penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_____
Signature

# APPENDIX



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOE BOY a.k.a.<br>CLINTON FRENCH, a.k.a.<br>CHRISTOPHER WILLIAMS CLEMONS,<br>a.k.a. CHRIS CLEMONS,<br>a.k.a. CHRIS COLLINS,<br><br>    Defendant. | :<br>:<br>:<br>:<br>: Criminal Action No. 99-82<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## INDICTMENT

The federal grand jury for the District of Delaware alleges and charges that:

### COUNT I

On or about October 15, 1998, in the State and Judicial District of Delaware, "Doe Boy" a.k.a. "Clinton French", a.k.a. Christopher Williams Clemons, a.k.a. Chris Clemons, a.k.a. Chris Collins, defendant herein, did knowingly possess with intent to distribute cocaine base, a.k.a. "crack," a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

### COUNT II

On or about October 15, 1998, in the State and Judicial District of Delaware, "Doe Boy" a.k.a. "Clinton French", a.k.a. Christopher Williams Clemons, a.k.a. Chris Clemons, a.k.a. Chris Collins, defendant herein, did knowingly carry a firearm during

EXHIBIT 3 PAGE 10

CLERK OF THE COURT
United States District Court
For The District Of Delaware
J. Calleb Boggs Building
848 N. King Street
Wilmington, DE 19801

JUNE 16, 2008

In Re: United States v. Doeboy, a/k/a Clinton French, a/k/a Christopher Clemons, a/k/a Chris Collins.
Crim. No. 99-82.

Dear Clerk of Court:

    This letter is in reference to the above mentioned names (most which consist of aliases) and criminal case number.

    The purpose of this letter is to inquire as to the procedure if there is presently one in place to correct a judgement and commitment that listed the alias Clinton French oppose to the accurate name of the defendant Christopher Clemons in its committal Order.

    If there is a formal application or motion that must be filed in order to rectify or amend this situation; I sincerely request that it be forwarded to the below listed name and address.

    I thank you in advance for your assistance in this matter and patiently await your response.

Sincerely,

_____
Clinton French 04164-015
FCI McKean
P.O. Box 8000
Bradford, PA 16701

1 Inquiry April 28, 2008
2nd Inquiry.

CLERK OF THE COURT
United States District Court
For The District of Delaware
J. Calleb Boggs Building
848 N. King Street
Wilmington, DE  19801

June 20, 2008

In Re: United States v. Doeboy, a/k/a
Clinton French, a/k/a Christopher
Clemons, a/k/a Chris Collins
Crim. No. 99-82

Dear Clerk of the Court:

    This letter is a follow up letter to the most recent letter forwarded to your office on June 16, 2008 inquiring about the procedure to correct a alias which I am listed as in the judgement and commitment order. After forwarding the letter to your office I inquired about the same procedure to correct such a matter at the institutions record department here at FCI McKean. The record office informed me that I would need a Order from the court reflecting my true name which is Christopher Williams Clemons and the Court's authorization to make such a change.

    Presently I have had the alias Clinton French for the past ten (10) years of incarceration and I feel as though its imperative that this be corrected due to new identification procedures and security measures which are taking place in America.

    If I need to make a formal motion requesting such, please inform me to do so in order to rectify this matter.

    I thank you in advance for your assistance and cooperation in this matter and hope to hear from your office at your earliest convenience.

Sincerely,

_____
Clinton French
Reg No. 04164-015
FCI McKean
P.O. Box 8000
Bradford, PA 16701

Federal Correctional Institution McKean
Name: **CLINTON FRENCH**
Reg.#: <u>04164-015</u>
P.O. Box 8000
Bradford, PA 16701

HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
J. CALEB BOGGS BUILDING
U.S. COURTHOUSE
844 N. King Street
Wilmington, Delaware 19801

