Scanned- KK 9/2/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | |
| | * | Criminal Action No. 99-82-GMS |
| v. | * | |
| CHRISTOPHER CLEMONS, a/k/a | * | |
| CLINTON FRENCH, a/k/a | * | REDACTED |
| DOEBOY, a/k/a CHRIS COLLINS, | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION IN RESPONSE TO THE
GOVERNMENT'S REPLY TO CORRECT
NAME LISTED IN DEFENDANT'S
JUDGEMENT AND COMMITMENT

NOW COMES, CHRISTOPHER W. CLEMONS, a/k/a CLINTON FRENCH, also known as the additional names listed in the above caption.

I, Christopher Clemons being duly sworn, depose and say that I am the defendant in the above entitled action, and in support of that action("Motion to Correct Name Listed in Judgement and Commitment") submit the following under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and any falsification of these statements shall and should be punished under the provisions 18 U.S.C. Section 1001 by a fine not more than $10,000 or by imprisonment of not more than five years or both.

1. Petitioner's true and correct name is Christopher Williams Clemons.

2. His true and correct date of birth is           ,  1971.

3. His true and correct place of birth is the State of New Jersey within the City of Paterson.

4. His true and correct Social Security Number is

These statements are made in truth and are factual for the purpose of correcting the record as to the aliases listed in Criminal docket No. 99-82 GMS, as well as making right the name in which Petitioner is listed as (Clinton French) within F.C.I. McKean, Federal Correctional Institution.

Wherefore, for the above stated facts Petitioner respectfully request that his 'Motion to Correct Name Listed in Judgement and Commitment' be granted by this Honorable Court.

Respectfully Submitted,

*Christopher C. Clemons*
Christopher W. Clemons, a/k/a
Clinton French, a/k/a/
Doeboy a/k/a
Chris Collins.

## PROOF OF SERVICE

I certify that on August 13, 2008 (Date) I mailed a copy of this motion and attachments via first class mail to the following parties at the addresses listed below:

Hon. Gregory M. Sleet
U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
848 N. King Street
Wilmington, Delaware 19801

ROBERT J. PRETTYMAN, AUSA
U.S. ATTORNEY'S OFFICE
DISTRICT OF DELAWARE
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

## PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should indicate the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on August 13, 2008 (date) for forwarding to the Court... I certify under the penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_Christopher C[lem]_
Signature